G. T. and Son Co. v. Holtzer-Cabot Elec. Co., 184 Ill. App. 475.

George Thompson and Son Company, Appellant, v. The Holtzer-Cabot Electric Company, Appellee.

Gen. No. 18,393.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN J. ROONEY, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed January 12, 1914.

## Statement of the Case.

Action by George Thompson and Son Company, a corporation, against The Holtzer-Cabot Electric Company, a corporation, to recover on a *quantum meruit* for work done under a contract for excavation and the construction of brick walls of a certain building. From a judgment entered on a directed verdict for plaintiff for $759.17, plaintiff appeals.

GEORGE H. MEYER, for appellant.

BITHER, GOFF & FRANCIS, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

## Abstract of the Decision.

BUILDING AND CONSTRUCTION CONTRACTS, § 65*—*when decision of architect conclusive.* In an action by a contractor to recover on a *quantum meruit* for work done in excavating and in constructing brick walls of a certain building where his contract was terminated by his refusal to obey the orders of the architect to reconstruct portions of the walls, a directed verdict for plaintiff for a balance after deducting from the contract price the cost to complete the work by another contractor, *held* not error, the contract making the architect's decision final and there being no evidence that he acted fraudulently.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.